# EXHIBIT A

ORDINANCE

CITY OF NEW ORLEANS

CITY HALL: <u>February 7, 2019</u>

CALENDAR NO. <u>32,539</u>

NO. _____ MAYORAL COUNCIL SERIES

BY:   COUNCILMEMBER GISLESON PALMER (BY REQUEST)

AN ORDINANCE to provide for the designation of public property within areas of the City of New Orleans as temporary "Clean Zones" during the time period beginning at 6:00 a.m., Monday, April 8, 2019, and ending at 6:00 p.m., Monday, April 15, 2019, relative to the use of these areas in conjunction with the 2019 French Quarter Festival (FQF) and during the time period of 6:00 a.m., Monday, July 29, 2019, and ending at 6:00 p.m., Monday, August 5, 2019, relative to the use of these areas in conjunction with the 2019 Satchmo SummerFest (SSF) and related activities and events produced by French Quarter Festivals, Incorporated (FQFI); to provide for the temporary prohibition of certain permits within the Clean Zone areas; to provide for the temporary prohibition of transaction of certain business and/or commercial activity in the Clean Zone areas; to provide for the establishment of public participation areas; to provide for the establishment of fines and penalties for violations of this ordinance; to establish the Clean Zone area generally bounded by the Mississippi River to Religious Street via Orange Street, Tchoupitoulas Street to Calliope Street, Dryades Street to Rampart Street, Elysian Fields Avenue, along Frenchmen Street to include Washington Square Park, the Historic Treme District and the east bank of the Mississippi River, including Woldenberg Riverfront Park and Spanish Plaza, Louis Armstrong Park, Crescent Park, and the Louisiana State Museum's New Orleans

Jazz Museum at the Mint; including the airspace above the specified boundaries; and otherwise to provide with respect thereto.

**WHEREAS**, the dates of the 2019 French Quarter Festival have been established as Thursday, April 11, 2019 through Sunday, April 14, 2019, and;

**WHEREAS**, the dates of the 2019 Satchmo SummerFest have been established as Thursday, August 1, 2019 through Sunday, August 4, 2019; and,

**WHEREAS**, these events will attract hundreds of thousands of visitors, dignitaries, and media who will be in attendance, it is necessary that certain areas in and around events related to FQF and SSF be regulated and controlled to provide for the public health, safety, and welfare of participants so the maximum benefit that the FQF and SSF events have to offer may be enjoyed by all; and,

**WHEREAS**, to that end it is necessary to establish a Clean Zone area for the temporary time periods and within the specified boundaries designated in this ordinance;

1   **SECTION 1. THE COUNCIL OF THE CITY OF NEW ORLEANS HEREBY**
2   **ORDAINS,** That Clean Zones are established as follows:
3   The area within the French Quarter, as defined in Section 166-2 of the Code of the City of New
4   Orleans, and the area generally bounded by the Mississippi River to Religious Street via Orange
5   Street, Tchoupitoulas Street to Calliope Street, Dryades Street to Rampart Street, Elysian Fields
6   Avenue, along Frenchmen Street to include Washington Square Park, the Historic Treme District
7   and the east bank of the Mississippi River, including Woldenberg Riverfront Park and Spanish
8   Plaza, Louis Armstrong Park, Crescent Park, and the Louisiana State Museum's New Orleans
9   Jazz Museum at the Mint; including the airspace above the specified boundaries.

1396045v.1

1        **SECTION 2.**  The Clean Zone defined in Section 1 shall be effective beginning at 6:00 a.m., Monday, April 8, 2019, and ending at 6:00 p.m., Monday, April 15, 2019, relative to the use of these areas in conjunction with the 2019 French Quarter Festival (FQF) and during the time period beginning at 6:00 a.m., Monday, July 29, 2019, and ending at 6:00 p.m., Monday, August 5, 2019, for the use of these areas in conjunction with the 2019 Satchmo SummerFest (SSF) and related activities and events produced by French Quarter Festivals, Incorprated (FQFI).

**SECTION 3.**  Within the Clean Zone, the activities described below conducted by any person or entity, except those approved by both the City of New Orleans and FQFI, shall be regulated as follows:

   a.  No person shall transact any business upon the public streets or sidewalks.

   b.  The sale or sampling of any food or beverages shall be prohibited on the public streets, sidewalks or rights of way and outside of an enclosed building.

   c.  No beverages of any kind shall be provided, served, or sold from any temporary outdoor use.

   d.  All permits relative to the sale of food or beverages shall be suspended on the public streets, sidewalks or rights of way and outside of an enclosed building.

   e.  All permits relative to the sale of merchandise and/or the transaction of business shall be suspended on the public streets, sidewalks, or rights of way and outside of an enclosed building.

   f.  The sale of merchandise and/or the transaction of business shall be prohibited on the public streets, sidewalks or rights of way and outside of an enclosed building, including vehicles.

   g.  The sale, sampling or distribution of unauthorized or illegal, non-licensed merchandise, regardless of exemption provided for in this ordinance or elsewhere in the City Code, shall be prohibited on public streets, sidewalks or rights of way and outside of an enclosed building.

   h.  General and mobile advertising shall be prohibited.

1396045v.1

| | | |
|---|---|---|
| 22<br>23<br>24 | i. | Inflatables, plane-advertising, building wraps, projection or electric image signs of any kind shall be prohibited on public streets, sidewalks or rights of way and outside of an enclosed building. |
| 25<br>26<br>27 | j. | Commercial or promotional filming of any kind that includes festival infrastructure, attendees, artists, or sponsors is prohibited without prior authorization. |
| 28<br>29 | k. | No tents of any kind shall be erected except for those authorized by the Superintendent of Police and the Superintendent of Fire. |
| 30<br>31<br>32 | l. | The construction, placement, occupation, or use of any temporary structure (including but not limited to temporary location of tents, canopies and air-supported, air-inflated, and tensioned membranes) are prohibited. |

1   **SECTION 4.**  The violation of any provision of this ordinance shall be punishable by a

2   fine for each incident not to exceed $500.00 or by imprisonment for not more than six (6) months

3   or both such fine and imprisonment.

1   **SECTION 5.**  No other outdoor events open to the public or festivals shall be permitted

2   to take place in the Vieux Carré during the dates of the French Quarter Festival, April 8, 2019

3   through April 15, 2019, and Satchmo SummerFest, July 29, 2019 through August 5, 2019. No

4   street closing or meter bagging, other than those required for the French Quarter Festival and the

5   Satchmo SummerFest, shall be approved for any other activity, including film locations, to be

6   held in the Vieux Carré, as defined by law, during the times specified in Section 2 herein, unless

7   otherwise authorized.

1   **SECTION 6.**  In the event that any of the above referenced activities are postponed due

2   to inclement weather or other circumstances beyond the control of the French Quarter Festivals,

3   Incorporated, the provisions of this ordinance may be applicable to any one or more of the rain

4   dates specified by French Quarter Festivals, Incorporated and the City of New Orleans.

1   **SECTION 7.**  If any of the provisions of this ordinance are for any reason held to be

2   unconstitutional or invalid by a court of competent jurisdiction, such holding shall not affect the

4

1396045v.1

3   validity of the remaining portions, and those remaining portions shall be and remain in full force

4   and effect.

**ADOPTED BY THE COUNCIL OF THE CITY OF NEW ORLEANS** _____

_____
**PRESIDENT OF THE COUNCIL**

**DELIVERED TO THE MAYOR ON** _____

**APPROVED:**
**DISAPPROVED:** _____

_____
**MAYOR**

**RETURNED BY THE MAYOR ON** _____ **AT** _____

_____
**CLERK OF COUNCIL**

**ROLL CALL VOTE:**

**YEAS:**

**NAYS:**

**ABSENT:**

**RECUSED:**

1396045v.1