UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUKE FONTANA, <br><br> Plaintiff, <br><br> v. <br><br> The CITY OF NEW ORLEANS; MAYOR LATOYA CANTRELL, in her official capacity, MICHAEL HARRISON, FORMER SUPERINTENDENT OF THE NEW ORLEANS POLICE DEPARTMENT, in his official capacity; SHAUN FERGUSON, SUPERINTENDENT OF THE NEW ORLEANS POLICE DEPARTMENT, in his official capacity, and NEW ORLEANS POLICE OFFICERS BARRY SCHECHTER, SIDNEY JACKSON, JR. and ANTHONY BAKEWELL, in their official capacities, <br><br> Defendants. | CIVIL ACTION NO.: 19-cv-9120 <br><br> JUDGE ASHE <br><br> MAGISTRATE JUDGE WILKINSON |

## NOTICE OF AGREEMENT

Now comes Plaintiff Luke Fontana and notifies the Court that the Parties have entered into an agreement involving the subject matter of this litigation, obviating the need for Plaintiff to seek preliminary injunctive relief from this Court. That agreement is attached hereto as Exhibit 1.

Respectfully submitted by:

/s/ *Katie Schwartzmann*
Katie Schwartzmann, La. Bar No. 30295
Bruce Hamilton, La. Bar No. 33170
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, Louisiana 70156
Telephone: (504) 522-0628
Facsimile: (504) 613-6511
Email: bhamilton@laaclu.org
          kschwartzmann@laaclu.org

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

A copy of the foregoing notice and accompanying agreement have been reviewed by and are filed with the consent of the City Attorney.

*/s/ Katie Schwartzmann*